IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BRYAN F. OPARKA,

                Plaintiff,                ORDER

v.

                                         09-cv-475-slc

UNIFIED BUILDING SYSTEMS/
MANAGEMENT CO. ,

                Defendant.

---

      Defendant has submitted a letter pointing out that the December 15, 2009 preliminary pretrial conference order indicated that the trial in this case would be to a jury, even though neither party has demanded a jury trial. Examination of the record shows that defendant is correct; neither side has demanded a jury trial. Therefore, under Fed. R. Civ. P. 39(b), the trial in this case will be to the court.

      Entered this 11th day of January, 2010.

                              BY THE COURT:

                              /s/

                              STEPHEN L. CROCKER
                              Magistrate Judge