IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BRYAN F. OPARKA,

    Plaintiff,

v.

UNIFIED BUILDING SYSTEMS/
MANAGEMENT CO.,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-475-slc

    This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that this case is dismissed with prejudice for plaintiff Bryan Oparka's failure to prosecute.

_____       _____
Peter Oppeneer, Clerk of Court      9/27/2010
                                       Date